**Order filed August 20, 2014**



**In The**

# Fourteenth Court of Appeals

**NO.  14-14-00292-CV**
_____

**THE CITY OF SUGAR LAND, Appellant**

**V.**

**LEON KAPLAN, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-200051**

---

# O R D E R

The clerk's record was filed April 24, 2014. Our review has determined that a relevant item has been omitted from the clerk's record.  *See* Tex. R. App. P. 34.5(c).  The record does not contain Order Overruling Defendant's Plea to the Jurisdiction dated March 26, 2014.

The Fort Bend County District Clerk is directed to file a supplemental clerk's record on or before August 29, 2014, containing Order Overruling Defendant's Plea to the Jurisdiction dated March 26, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM